United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 17-11557-mdc
Lynette Ford                                                        Chapter 13
            Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: John              Page 1 of 2              Date Rcvd: Aug 04, 2017
                              Form ID: pdf900         Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 06, 2017.
db             +Lynette Ford,   7559 Sherwood,   Philadelphia, PA 19151-2120
NONE           +Commonwealth of PA  UCTS,   651 Boas Street, Room 702,   Harrisburg, PA 17121-0751
13878145       +Central Financial Control,   Po Box 66044,   Anaheim, CA 92816-6044
13949969       +Directv, LLC,   by American InfoSource LP as agent,   4515 N Santa Fe Ave,
                 Oklahoma City, OK 73118-7901
13878147       ++FOCUS RECEIVABLES MANAGEMENT LLC,   1130 NORTHCHASE PARKWAY STE 150,   MARIETTA GA 30067-6429
                 (address filed with court: Focus Receivables Mana,   1130 Northchase Parkway,   Suite 150,
                 Marietta, GA 30067)
13878151       +KML Law Group,   701 Market #500,   Philadelphia, PA 19106-1538
13905594       +MIDFIRST BANK,   c/o MATTEO SAMUEL WEINER,   KML Law Group, P.C.,
                 701 Market Street, Suite 5000,   Philadelphia, PA 19106-1541
13909969       +MidFirst Bank,   999 NorthWest Grand Boulevard,   Oklahoma City, OK 73118-6051
13878152       +Midland Mortgage Co,   Attn: Customer Service/Bankruptcy,   Po Box 26648,
                 Oklahoma City, OK 73126-0648
13878154       +PGW,   P O Box 3500,   Philadelphia, PA 19122-0500
13878153       +Peoples Commerce Inc,   1001 West Ridge Pike Rear,   Conshohocken, PA 19428-1015
13883459       +Philadelphia Gas Works,   800 W Montgomery Avenue,   Philadelphia Pa 19122-2898,
                 Attn: Bankruptcy Dept 3F
13888359       +U.S. Department of HUD,   451 7th Street S.W.,   Washington, DC 20410-0001
13878156       +Us Dept Of Ed/Great Lakes Higher Educati,   Attn: Bankruptcy,   2401 International Lane,
                 Madison, WI 53704-3121

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: bankruptcy@phila.gov Aug 05 2017 01:28:02   City of Philadelphia,
                 City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICENOTICE1@state.pa.us Aug 05 2017 01:27:33
                 Pennsylvania Department of Revenue,   Bankruptcy Division,   P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Aug 05 2017 01:27:56   U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
13878146        E-mail/Text: bankruptcy@phila.gov Aug 05 2017 01:28:02   City of Phila,   P O Box 1630,
                 Philadelphia, PA 19101
13878148       +E-mail/Text: jmoreno@hillcrestdavidson.com Aug 05 2017 01:27:26   Hillcrest Davidson & A,
                 715 N Glenville Dr Ste 4,   Richardson, TX 75081-2898
13878149        E-mail/Text: cio.bncmail@irs.gov Aug 05 2017 01:27:23   IRS,   Bankruptcy Dept,
                 Atlanta, GA 39901
13949646       +E-mail/Text: bankruptcygroup@peco-energy.com Aug 05 2017 01:27:25   PECO Energy Company,
                 2301 Market Street,   S4-1,   Philadelphia, PA 19103-1380
13878155       +E-mail/Text: courtinfo@myshs.com Aug 05 2017 01:27:50   Safehome Sec,
                 55 Sebethe Drive, Suite 201,   Cromwell, CT 06416-1054
                                                                                      TOTAL: 8

           ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
13878150*       IRS Phila,   P O Box 12051,   Philadelphia, PA 19105
                                                                          TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 06, 2017                          Signature:  /s/Joseph Speetjens

District/off: 0313-2          User: John                Page 2 of 2             Date Rcvd: Aug 04, 2017
                             Form ID: pdf900           Total Noticed: 22

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 4, 2017 at the address(es) listed below:
     ALLAN K. MARSHALL    on behalf of Debtor Lynette  Ford akm6940@aol.com
     MATTEO SAMUEL WEINER    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
     REBECCA ANN SOLARZ    on behalf of Creditor   MIDFIRST BANK bkgroup@kmllawgroup.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@phl3trustee.com,  philaecf@gmail.com
                                                                                   TOTAL: 5

## UNITED STATES BANKRUTPCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LYNETTE FORD                              Chapter 13


                        Debtor            Bankruptcy No. 17-11557-MDC


### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

**AND NOW**, this _3rd_ day of _August_, 201*7*, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.


_Magdeline D. Coleman_
_____
                    Magdeline D. Coleman
                    Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
ALLAN K MARSHALL ESQUIRE
1819 JFK BLVD
STE 400
PHILA, PA 19103


Debtor:
LYNETTE FORD

7559 Sherwood

Philadelphia, PA 19151